UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW THOMAS PLASCENCIA,<br><br>Plaintiff,<br><br>v.<br><br>JOE T. TURNQUIST, et al.,<br><br>Defendants. | Case No. 8:24-cv-00145-JLS-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1), the Order Regarding Complaint issued by the assigned magistrate judge (Dkt. 6), and the Report and Recommendation of the magistrate judge issued on July 11, 2024 (Dkt. 21, "Report"). No party filed timely objections to the Report or timely sought additional time in which to do so. The Report is approved and accepted.

Therefore, IT IS HEREBY ORDERED that Plaintiff's Request to Proceed in Forma Pauperis (Dkt. 2, 13) is DENIED and Judgment shall be entered dismissing this action without prejudice.

Dated: August 25, 2024

_____
JOSEPHINE L. STATON
United States District Judge