JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW THOMAS PLASCENCIA, | Case No. 8:24-cv-00145-JLS-JDE |
| Plaintiff, | JUDGMENT |
| v. | |
| JOE T. TURNQUIST, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT this action is DISMISSED without prejudice.

Dated: August 25, 2024

_____
JOSEPHINE L. STATON
United States District Judge